618

Fred A. Ellis and Company, defendant in error, v. Mrs. John Smith, plaintiff in error. Gen. No. 36,743.

Opinion filed November 6, 1933.
Ernest Saunders, for plaintiff in error. Klaas & Porter, for defendant in error; Louis Klaas and Sidney S. Alexander, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Nicholas Wallano, defendant in error, v. Dorothy Wallano, plaintiff in error. Gen. No. 36,753.

Opinion filed November 6, 1933.
John B. Fruchtl, for plaintiff in error. Bernard P. Barasa, for defendant in error; Henry M. Seligman, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

Harriet E. Doll et al., trading as Norm Company, plaintiffs in error, v. Eggers Furniture Company, defendant in error. Gen. No. 36,766.

Opinion filed November 6, 1933.
Friedman, Schimberg & Alster, for plaintiffs in error; Bernard Witney, of counsel. Victor E. La Rue and John F. Bellair, for defendant in error.
Mr. Justice O'Connor delivered the opinion of the court.

Standard Insurance Company of New York, appellant, v. American Fire and Marine Insurance Company and American Indemnity Company, appellees. Gen. No. 36,775.

Opinion filed November 6, 1933.
P. C. Sheehan, for appellant. Jones & Key, for appellees; C. D. Jones, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.